

**EXHIBIT B**



# MINNESOTA DEPARTMENT OF COMMERCE

# Search Licensees (to find and verify a person or entity is licensed)

**State** Minnesota
**Board** Debt
**Inquiry Date** 01/13/2015 01:01 PM

## ClearSpring Loan Services, Inc.

| | |
|---|---|
| **Business Location Address** | 18451 N DALLAS PARKWAY SUITE 100 DALLAS, Texas 75287 |
| **Business Phone Number** | |
| **Fax Phone Number** | |

## Licenses

### Collection Agency

| License Number | Original Issue Date | Status | Effective Date | Expiration Date |
|---|---|---|---|---|
| 40123346 | 08-11-2008 | Active | 08-11-2008 | 06-30-2015 |

## Aliases

### Doing Business As

| Name: | Effective Date | End Date | License Type |
|---|---|---|---|
| STRATEGIC RECOVERY GROUP | 03-18-2009 | 07-01-2014 | Collection Agency |

### Former Name

| Name: | Effective Date | End Date | License Type |
|---|---|---|---|
| VANTIUM CAPITAL, INC. | 07-01-2014 | | |

## Individual Associations

Displaying records 1 through 10 of 75

Next 10

| Full Name | License Number | License Type |
|---|---|---|
| Andrade, Leo | 40321218 | Debt Collector |
| Ashworth, Brandalyn | 40344801 | Debt Collector |
| Barnes, Timmy | 20585934 | Debt Collector |
| Bolds, Brandon | 40363833 | Debt Collector |
| Box, Gleth | 40344802 | Debt Collector |
| Bridges, Deja | 40371315 | Debt Collector |
| Brown, Frank | 40378613 | Debt Collector |
| Busby, Latashia | 40352216 | Debt Collector |
| Calef, John | 40264574 | Debt Collector |
| Cantu, Adella | 40391172 | Debt Collector |