**PLACEHOLDER**

**FOR**

**EXHIBIT C**

**CD with audio recording to be delivered to the court**

**February 5, 2015**