# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Ebling, | Court File Number: 15-cv-00025 RHK/BRT |
| Plaintiff, | |
| vs. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| ClearSpring Loan Services, Inc., | |
| Defendant. | |

Defendant ClearSpring Loan Services, Inc. f/k/a Vantium Capital, Inc. f/d/b/a Strategic Recovery Group ("Defendant"), by and through its attorneys, Larson King LLP, respectfully submits Defendant's corporate disclosure statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

1. VC Holding Corp. owns 100% of ClearSpring Loan Services, Inc.

Dated: February 5, 2015            **LARSON • KING, LLP**

By: /s/ Michael J. Steinlage
Michael J. Steinlage (0241143)
msteinlage@larsonking.com
Hilary Loynes Palazzolo (0389050)
hpalazzolo@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: 651-312-6500
Facsimile: 651-312-6618

*Attorneys for Defendant ClearSpring Loan Services, Inc.*

LK 1451379-v1