# Drewes Law PLLC

Business Litigation, Real Estate Litigation, and Bankruptcy

**Bennett Hartz**
Direct - (612) 285-3064
bennett@dreweslaw.com

1516 West Lake Street, Ste 300
Minneapolis, MN 55408

Jonathan L. R. Drewes†
Caitlin Guilford**
Paul H. Weig

www.dreweslaw.com
Telephone (612) 285-3051
Facsimile (612) 285-3062

† also licensed in Illinois and Washington
** also licensed in New York

April 22, 2015

Chambers of the Honorable Richard R. Kyle
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:   *Patricia Ebling v. ClearSpring Loan Services, Inc.*
      Court File No. 15-CV-25 (RHK/BRT); Our File No. 9142

Dear Judge Kyle,

Please take note that Plaintiff has agreed to resolve her claims against ClearSpring Loan Services, Inc. brought in the above-captioned case. The parties are currently preparing a formal agreement between them, and ask the Court for 60 days in which to dismiss this action by stipulation.

Because of this resolution, and in order to minimize the parties' expenses, the parties request cancellation of the forthcoming Rule 16 conference scheduled for 1:30 p.m. on April 27, 2015.

Sincerely,

Bennett Hartz

cc: counsel for Defendant